1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  VALERIE E. SMITH (NYRN 5112164)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6985
6       Fax: (415) 436-6748
        valerie.smith2@usdoj.gov
7
8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISO DIVISION

12
   ABDEL FATAH ELLAWENDY,              )   Case No. 24-cv-265-WHO
13                                     )
           Plaintiff,                  )   [~~PROPOSED~~] **ORDER**
14                                     )
      v.                               )
15                                     )
   CHRISTINE E. WORMUTH, in her official )
16 capacity as Secretary, Department of the Army, )
                                       )
17         Defendant.                  )
                                       )
18 ─────────────────────────────────── )

# [PROPOSED] ORDER

WHEREAS good cause is found to continue Defendant's time to respond to the Complaint, Defendant's motion is GRANTED. Defendant's Deadline to respond to Motion for Reconsideration is continued from January 31, 2025 to February 7, 2025 and Defendant's time to respond to the Amended Complaint is continued to March 14, 2025.

**IT IS SO ORDERED.**

Dated: February 3, 2025

The Honorable William H. Orrick
United States District Judge